UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELLOUS AFRIKAN WARRIOR,<br><br>Plaintiff,<br><br>v.<br><br>JEANETTE SOLORIO, et al.,<br><br>Defendants. | CASE NO. 1:16-cv-01480-AWI-MJS (PC)<br><br>**ORDER DENYING MOTION TO VACATE JUDGEMENT AND ORDER FINDING THAT PLAINTIFF'S APPEAL IS FRIVOLOUS**<br><br>**(ECF Nos. 15, 20)** |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On February 27, 2017, Plaintiff's first amended complaint was dismissed without leave to amend, and the matter was closed. (ECF Nos. 13, 14.)

Before the Court is Plaintiff's Motion to Vacate Judgment, brought pursuant to Federal Rule of Civil Procedure 59(e). Plaintiff provides no basis for vacating the Court's judgment, reconsidering its prior ruling, or providing Plaintiff relief. The cases cited by Plaintiff are inapposite.

Additionally, on March 22, 2017, the Ninth Circuit referred this matter back to this Court for the limited purpose of determining whether in forma pauperis status should continue during Plaintiff's appeal, or whether the appeal is frivolous or taken in bad faith. See Doc. No. 20. After consideration, the Court concludes that the appeal is frivolous within the meaning 28 U.S.C. § 1915(a)(3). Plaintiff was previously informed of the appropriate pleading standards, yet his amended complaint did not meet those

standards. Instead, the allegations remained conclusory, unclear, appeared to involve separate and unrelated matters, and failed to contain sufficient factual allegations to state plausible claims. No appellate issue that has an arguable basis in law or fact is apparent. See <u>Neitzke v. Williams</u>, 490 U.S. 319, 325 (1989); <u>O'Loughlin v. Doe</u>, 920 F.2d 614, 617 (9th Cir. 1990); <u>see also</u> <u>In re Hawaii Corp.</u>, 796 F.2d 1139, 1144 (9th Cir. 1986). Therefore, the Court concludes that Plaintiff's appeal is frivolous and that Plaintiff's in forma pauperis status should not continue during appeal. <u>See</u> 28 U.S.C. § 1915(a)(3).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for reconsideration (Doc. No. 16) is DENIED;
2. In accordance with 28 U.S.C. § 1915(a)(3), Plaintiff is not entitled to proceed in forma pauperis in the appeal of this case;
3. As required by Fed. R. App. P. 24(a)(4), this Order serves as notice to the parties and Ninth Circuit Court of Appeals of the finding that Plaintiff is not entitled to proceed in forma pauperis for his appeal of this case; and
4. The Clerk is directed to serve a copy of this order on Plaintiff and Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated:   March 23, 2017                             _____
                                                                         SENIOR DISTRICT JUDGE