UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELLOUS AFRIKAN WARRIOR,<br><br>Plaintiff,<br><br>v.<br><br>JEANETTE SOLORIO, et al.,<br><br>Defendants. | CASE NO. 1:16-cv-01480-AWI-MJS (PC)<br><br>**ORDER DENYING MOTION TO VACATE JUDGEMENT**<br><br>**(ECF No. 22)** |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On February 27, 2017, Plaintiff's first amended complaint was dismissed without leave to amend, and the matter was closed. (ECF Nos. 13, 14.)

Before the Court is Plaintiff's April 19, 2017 Motion to Vacate Judgment, brought pursuant to Federal Rule of Civil Procedure 59(e). This is Plaintiff's second such motion. (See ECF No. 15.) It is nearly identical to the first. Once again, Plaintiff provides no basis for vacating the Court's judgment, reconsidering its prior ruling, or providing Plaintiff relief. The cases cited by Plaintiff are inapposite.

Accordingly, the motion to vacate judgment (ECF No. 22) is HEREBY DENIED.

IT IS SO ORDERED.

Dated: May 9, 2017

SENIOR DISTRICT JUDGE